127 A.3d 1291

Vamsidhar VURIMINDI, Petitioner

v.

CLERK OF COMMON PLEAS COURT, PHILADELPHIA, Respondent.

No. 134 EM 2015.

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## ORDER

PER CURIAM.

AND NOW, this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**